IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:06MJ108-VPM |
| | ) | |
| KEVIN DEVON WILLIAMS | ) | |

# ORDER

On 26 October 2006, pursuant to 18 U.S.C. §3142(3), the government moved for a Detention Hearing. The hearing was conducted immediately following the defendant's initial appearance on 26 October 2006. Accordingly, it is

ORDERED that the motion is GRANTED. The court FINDS that the complaint charges an offense for which the maximum sentence is life imprisonment or death is prescribed 21 U.S.C. § 841(a)(1). Upon consideration of the evidence presented at the hearing, the court concludes that the defendant poses a risk of danger to the community and a substantial risk of flight, and there are no conditions or combination of conditions of release which could reasonably guarantee the safety of the community. Therefore, it is further ORDERED as follows:

1. The defendant shall be detained pending presentation of his case to the Grand Jury, and if he is indicted, pending his trial.

2. The defendant is committed to the custody of the United States Marshal or his designated representative. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.

3. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

DONE this 27th day of October, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE