FILED
NOV 16 2006
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 3:06CR259-MEF |
| ) | [21 USC 841(a)(1)] |
| KEVIN DEVON WILLIAMS ) | |
| ) | |
| ) | INDICTMENT |

The Grand Jury charges:

COUNT 1

On or about the 25th day of October, 2006, in Macon County, Alabama, within the Middle District of Alabama,

KEVIN DEVON WILLIAMS,

defendant herein, did knowingly and intentionally possess with intent to distribute more than 50 grams of cocaine base, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

*Janice Davis Williams*
Foreperson

*Leura G. Canary*
LEURA G. CANARY
UNITED STATES ATTORNEY

*Kent Brunson*
Kent B. Brunson
Assistant United States Attorney