IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CR NO.   3:06CR259-MEF |
| ) | |
| KEVIN DEVON WILLIAMS ) | |

CORRECTED
ORDER TO PRODUCE PRISONER
FOR ARRAIGNMENT

TO:   The United States Marshal and his Deputies:

**ARRAIGNMENT** is hereby set for **November 29, 2006** in the above-styled cause.

You are **DIRECTED** to produce the following named prisoner:

**KEVIN DEVON WILLIAMS**

before the United States District Court at Montgomery, Alabama in **Courtroom 4-A** on the 29TH day of **November 2006** at **10:00 o'clock a. m.**

**DONE** this 17th day of November, 2006.

DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE

By: _____
Deputy Clerk

cc:   U.S. Attorney
      U.S. Pretrial Services
      U.S. Probation
      Federal Defenders