**COURTROOM DEPUTY MINUTES**
**MIDDLE DISTRICT OF ALABAMA**

DATE: 11/29/2006

DIGITAL RECORDING: 10:25-10:33 am

- ☐ INITIAL APPEARANCE
- ☐ BOND HEARING
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ☒ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: Delores Boyd
DEPUTY CLERK: S. Q. Long, Jr.

CASE NO.: 3:06cr259-MEF — W
DEFT. NAME: KEVIN DEVON WILLIAMS

USA: ~~Brunson~~ Hardwick
ATTY: ~~Jennifer Hart~~ Kemp
Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO
( ) Stand In ONLY

USPTSO/USPO: ___

Defendant ___ does ✓ does NOT need an interpreter

Interpreter present ✓ NO ___ YES   NAME: ___

☐ kars.    Date of Arrest ___ or ☐ karsr40
☐ kia.     Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
☐ kcnsl.   Deft. First Appearance with Counsel
☐          Deft. First Appearance without Counsel
☐          Requests appointed Counsel ☐ ORAL MOTION for Appointment of Counsel
☐ kfinaff. Financial Affidavit executed ☐ to be obtained by PTSO
☐ koappted ORAL ORDER appointing Community Defender Organization - **Notice to be filed.**
☐ k20appt. Panel Attorney Appointed; ☐ to be appointed - prepare voucher
☐          Deft. Advises he will retain counsel. Has retained ___
☐          Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
☐          Government's WRITTEN Motion for Detention Hrg. filed.
☐ kdmhrg.  Detention Hearing ☐ held; ☐ set for ___
☐ kotempdtn. ORDER OF TEMPORARY DETENTION PENDING HEARING entered
☐ kodtn.   ORDER OF DETENTION PENDING TRIAL entered
☐ kocondrls. Release order entered. Deft. advised of conditions of release
☐ kbnd.    ☐ BOND EXECUTED (M/D AL charges) $___. Deft released (kloc LR)
           ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
☐ kloc.(LC) Bond NOT executed. Deft to remain in Marshal's custody
☐          Preliminary Hearing ☐ Set for ___
☐ ko.      Deft. ORDERED REMOVED to originating district
☐ kwvprl.  Waiver of ☐ preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
☐          Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
☒ karr.    ARRAIGNMENT SET FOR: ___ ☒ HELD. Plea of **NOT GUILTY** entered.
           ☒ Set for 3-12-07 Trial Term; ☐ PRETRIAL CONFERENCE DATE: ___
           DISCOVERY DISCLOSURES DATE: 12-8-06
☐ krmknn.  NOTICE to retained Criminal Defense Attorney handed to Counsel
☐ krmvhrg. Identity/Removal Hearing set for ___
☐ kwvspt   Waiver of Speedy Trial Act Rights Executed