IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 3:06crcr259-MEF |
| ) | |
| KEVIN DEVON WILLIAMS ) | |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

COMES NOW undersigned counsel, Jennifer A. Hart, and moves to withdraw as Counsel of Record and for Appointment of a CJA Panel Attorney on behalf of Defendant, Kevin Devon Williams. In support of this Motion, counsel states the following:

1. On October 26, 2006, undersigned counsel was appointed to represent Mr. Williams with respect to the criminal charges he faces in the above- styled case.

2. On Wednesday, January 17, 2007, the undersigned counsel discovered that a conflict exists between Mr. Williams and a former client of the Federal Defenders Office.

3. Undersigned counsel requests that on behalf of Mr. Williams, CJA panel attorney, Russ Duraski, Esquire, be appointed to represent him in all further proceedings in this case. Mr. Williams will not be prejudiced by such a change in counsel at this time.

WHEREFORE, undersigned counsel prays that undersigned counsel be permitted to withdraw from the representation of Mr. Williams and that CJA Panel Attorney, Russ Duraski, be appointed to represent him.

Dated this 22nd day of January 2007.

**MOTION GRANTED**

THIS _22_ DAY OF _January_, 20 _07_

_____
UNITED STATES MAGISTRATE JUDGE