IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 3:06-CR-259-MEF |
| ) | |
| KEVIN DEVON WILLIAMS ) | |

PETITION FOR ORDER DIRECTING THE UNITED STATES
MARSHAL TO RELEASE CUSTODY OF PRISONER

    Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney and the undersigned Assistant United States Attorney, both for the Middle District of Alabama, and moves this Honorable Court for an order directing the United States Marshal, Middle District of Alabama, to release from their custody Kevin Devon Williams, into the custody of Joe Herman, ABI, and/or Doug Walters, DEA, from February 9, 2007, through June 9, 2007, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. We further move the Court to enter an order directing Joe Herman, ABI, and/or Doug Walters, DEA, to return said prisoner into the custody of the United States Marshals Service when they have finished with him.

    Respectfully submitted this the 7th day of February, 2007.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Kent B. Brunson
KENT B. BRUNSON
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
kent.brunson@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 3:06-CR-259-MEF |
| | ) | |
| KEVIN DEVON WILLIAMS | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Russ Duraski.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Kent B. Brunson
KENT B. BRUNSON
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
kent.brunson@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 3:06-CR-259-MEF |
| | ) | |
| KEVIN DEVON WILLIAMS | ) | |

ORDER

Upon consideration of the government's motion for release of prisoner filed on February 7, 2007, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of Kevin Devon Williams, to Joe Herman, ABI, and/or Doug Walters, DEA, on February 9, 2007, through June 9, 2007, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Joe Herman, ABI, and/or Doug Walters, DEA, return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done this the _____ day of February, 2007.

_____
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE