IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 3:06-CR-259-MEF |
| | ) | |
| KEVIN DEVON WILLIAMS | ) | |

## ORDER

Upon consideration of the government's motion for release of prisoner filed on February 7, 2007, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of Kevin Devon Williams, to Joe Herman, ABI, and/or Doug Walters, DEA, on February 9, 2007, through June 9, 2007, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Joe Herman, ABI, and/or Doug Walters, DEA, return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done, this 8th day of February, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE