IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **United States of America** | * |
| | * |
| v. | *   Case No. 3:06-cr-259-MEF |
| | * |
| **Kevin Devon Williams** | * |

### NOTICE OF INTENT TO CHANGE PLEA

Comes now the Defendant in the above-styled matter and files this his NOTICE OF INTENT TO CHANGE PLEA and shows as follows:

1. The Defendant is prepared to change his plea to a plea of guilty in this matter and consents to said plea being entered before a Magistrate Judge.

2. In setting the plea date the undersigned defense counsel respectfully requests that the Court keep the following conflict dates in mind:

   i) The undersigned is scheduled to be in Court in Habersham County, Georgia on February 27, 2007.

   ii) The undersigned is scheduled to be in Circuit Court in Montgomery County on the morning of February 28, 2007.

   iii) The undersigned is scheduled for a trial in Columbus, Georgia

on March 5 and 6, 2007.

iv) The undersigned is scheduled for trial in Montgomery Municipal Court at 2:00 p.m. on March 8, 2007.

Respectfully submitted this 21st day of February, 2007.

/s/ Russell T. Duraski
Russell T. Duraski (DUR007)
Attorney for Defendant
6332 Woodmere Blvd.
Montgomery, Alabama 36117
Telephone: (334) 260-9733
FAX: (334) 260-9735
email: duraskilaw@charter.net

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the Assistant United States Attorney shown below by placing a copy of same in the United States mail, postage prepaid, and properly addressed.

Done this 21st day of February, 2007.

_____
Russell T. Duraski (DUR007)
Attorney for Defendant

Kent Brunson, Esq.
Assistant U.S. Attorney
Post Office Box 197
Montgomery, Alabama  36101-0197