AO 245B   (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page 2 of 6

DEFENDANT: **KEVIN DEVON WILLIAMS**
CASE NUMBER: **3:06CR259-MEF**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**One hundred thirty five (135) months.**

X The court makes the following recommendations to the Bureau of Prisons:

**The Court recommends that defendant be designated to a facility where Intensive Residential Substance Abuse Treatment is available.**

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

**RETURNED AND FILED**

**RETURN**

SEP 10 2007

I have executed this judgment as follows:

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

Defendant delivered on 8-30-07 to FCI

at TEX, TX , with a certified copy of this judgment.

Paul A. Kastner
UNITED STATES MARSHAL   Warden

By _____
DEPUTY UNITED STATES MARSHAL   Legal Tech