≅AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

### MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| **KEVIN DEVON WILLIAMS** ) | Case No: 3:06cr259-001-MEF |
| ) | USM No: 11039-002 |
| Date of Previous Judgment: June 1, 2007 ) | N/A |
| (Use Date of Last Amended Judgment if Applicable) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of   X the defendant   ☐ the Director of the Bureau of Prisons   ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.    X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __135__ months **is reduced to 108 months**.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 35 | Amended Offense Level: | 29 |
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range: | 210 to 262 months | Amended Guideline Range: | 108 to 135 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

X  The reduced sentence is within the amended guideline range.
X  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☒ Other (explain):   Amended Offense Level: 29 - This includes the original 4 level departure given by the Court at the time of sentencing.

### III. ADDITIONAL COMMENTS

The Court has considered the factors set forth in 18 U.S.C. 3553(a) in making its reduction determination pursuant to 18 U.S.C. § 3582(c)(2)/Amendment 706.

Except as provided above, all provisions of the judgment dated __6/1/2007__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   28 July 2009

Effective Date:   16 July 2009
(if different from order date)

Judge's signature

MARK E. FULLER
CHIEF UNITED STATES DISTRICT JUDGE
Printed name and title